**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of __Delaware__
(State)

Case number (If known): __17-10268__   Chapter __11__

☒ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | __Ken Lehman Enterprises Inc.__ |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | __DBA South Strip Towing__<br>__DBA SST Towing__<br>__DBA Good Buy Auto Auction__ |
| 3. | Debtor's federal Employer Identification Number (EIN) | __8__ __8__ – __0__ __1__ __2__ __1__ __9__ __7__ __0__ |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| __2024 Losee Road__<br>Number       Street | __9550 Bormet Dr.__<br>Number    Street |
| | __Suite 301__ |
| __North Las Vegas__   __NV__   __89030-4140__<br>City               State       ZIP Code | __Mokena__       __IL__   __60448-8385__<br>City           State     ZIP Code |
| | Location of principal assets, if different from principal place of business |
| __Clark__<br>County | Number    Street |
| | |
| | City           State     ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   **Ken Lehman Enterprises Inc.**   Case number (if known) 17-10268
         Name

**7. Describe debtor's business**

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. Check all that apply
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4889__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check all that apply:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Schedule A**    Relationship _____
District _____  When _____  Case number, if known _____

Debtor  Ken Lehman Enterprises Inc.                              Case number (if known) 17-10268
        Name

**11. Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    Ken Lehman Enterprises Inc.                                    Case number *(if known)*    17-10268
          Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/16/2017
               MM / DD / YYYY

× _/s/ signature_
Signature of authorized representative of debtor

Michael Maher
Printed name

Title    Authorized Signatory

**18. Signature of attorney**

× _/s/ signature_
Signature of attorney for debtor

Date    2/16/17
        MM / DD / YYYY

M. Blake Cleary
Printed Name

Young Conaway Stargatt & Taylor, LLP
Firm name

1000          North King Street
Number        Street

Wilmington                                      DE              19801
City                                            State           Zip Code

(302) 571-6714                                  mbcleary@ycst.com
Contact phone                                   Email address

3614                                            DE
Bar number                                      State

# SCHEDULE A

## PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY AFFILIATES

On February 6, 2017 (the "Petition Date"), each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. Additional information about the relationship between each entity is contained in the *Declaration of Michael J. Mahar in Support of Chapter 11 Petitions and First Day Pleadings* [D.I. 2], filed on the Petition Date.

| Entity Name | Relationship | District | Case Number |
| --- | --- | --- | --- |
| United Road Towing, Inc. | Affiliate | Delaware | 17-10249 |
| URT Holdings, Inc. | Affiliate | Delaware | 17-10250 |
| City Towing Inc. | Affiliate | Delaware | 17-10251 |
| URS West, Inc. | Affiliate | Delaware | 17-10252 |
| Bill & Wag's, Inc. | Affiliate | Delaware | 17-10253 |
| Export Enterprises of Massachusetts, Inc. | Affiliate | Delaware | 17-10254 |
| Pat's Towing, Inc. | Affiliate | Delaware | 17-10255 |
| Keystone Towing, Inc. | Affiliate | Delaware | 17-10256 |
| Ross Baker Towing, Inc. | Affiliate | Delaware | 17-10257 |
| URT Texas, Inc. | Affiliate | Delaware | 17-10258 |
| Mart-Caudle Corporation | Affiliate | Delaware | 17-10259 |
| Signature Towing, Inc. | Affiliate | Delaware | 17-10260 |
| WHW Transport, Inc. | Affiliate | Delaware | 17-10261 |
| URS Southeast, Inc. | Affiliate | Delaware | 17-10262 |
| URS Northeast, Inc. | Affiliate | Delaware | 17-10263 |
| URS Southwest, Inc. | Affiliate | Delaware | 17-10264 |
| Fast Towing, Inc. | Affiliate | Delaware | 17-10265 |
| E&R Towing and Garage, Inc. | Affiliate | Delaware | 17-10266 |
| Sunrise Towing, Inc. | Affiliate | Delaware | 17-10267 |
| Ken Lehman Enterprises Inc. | Affiliate | Delaware | 17-10268 |
| United Road Towing South Florida | Affiliate | Delaware | 17-10269 |
| Rapid Recovery Incorporated | Affiliate | Delaware | 17-10270 |
| United Road Towing Services, Inc. | Affiliate | Delaware | 17-10271 |
| Arri Brothers, Inc. | Affiliate | Delaware | 17-10272 |
| Rancho Del Oro Companies, Inc. | Affiliate | Delaware | 17-10273 |
| CSCBD, Inc. | Affiliate | Delaware | 17-10274 |
| UR VMS, LLC | Affiliate | Delaware | 17-10275 |
| URS Leasing, Inc. | Affiliate | Delaware | 17-10276 |