IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re | : Chapter 11 |
| OLD TOWING COMPANY *et al.*, | : Case No. 17-10249 (LSS) |
| Debtors.[1] | : Jointly Administered |
| | : Ref. Docket Nos. 337, 381, & 425 |

## ORDER DISMISSING THE REMAINING CHAPTER 11 CASE(S)

Pursuant to the Debtors' *Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 305(a), 349, 363, 554 and 1112(b) and Fed. R. Bankr. P. 1017(a) (A) Dismissing the Debtors' Chapter 11 Cases and (B) Granting Related Relief* [D.I. 337] (the "Motion"),[2] the order [D.I 381] granting the Motion entered on May 30, 2017, and the *Certification of Counsel and Request for Entry of Dismissal Order*, dated June 30, 2017, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Pursuant to sections 1112(b) and 305(a) of the Bankruptcy Code, the Chapter 11 Case(s) of the following Debtors,

   (a) Old Towing Company f/k/a United Road Towing, Inc., Case No. 17-10249.

   (b) Old CT NV, Inc. f/k/a City Towing, Inc., Case No. 17-10251.

   (c) Old BW CA, Inc. f/k/a Bill & Wag's, Inc., Case No. 17-10253.

   (d) Old EEM MA, Inc. f/k/a Export Enterprises of Massachusetts, Inc., 17-10254.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Old Towing Company (6962); City Towing Inc. (2118); Bill & Wags, Inc. (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964); Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart-Caudle Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); E & R Towing and Garage, Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises Inc. (1970); United Road Towing South Florida, Inc. (9186); Rapid Recovery Incorporated (1659); UR Vehicle Management Solutions, Inc. (0402). The Debtors' mailing address is c/o Old Towing Company, 9550 Bormet Drive, Suite 301, Mokena, Illinois 60448.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(e)  Old PT MA, Inc. f/k/a Pat's Towing, Inc., Case No. 17-10255.

(f)  Old KT DE, Inc. f/k/a Keystone Towing, Inc., Case No. 17-10256.

(g)  Old RBT CA, Inc. f/k/a Ross Baker Towing, Inc., Case No. 17-10257.

(h)  Old UT TX, Inc. f/k/a URT Texas, Inc., Case No. 17-10258.

(i)  Old MC TX, Inc. f/k/a Mart-Caudle Corporation, Case No. 17-10259.

(j)  Old ST TX, Inc. f/k/a Signature Towing, Inc., Case No. 17-10260.

(k)  Old WT TX, Inc. f/k/a WHW Transport, Inc., Case No. 17-10261.

(l)  Old ERTG IL, Inc. f/k/a E & R Towing and Garage, Inc., Case No. 17-10266

(m)  Old ST NV, Inc. f/k/a Sunrise Towing, Inc., Case No. 17-10267.

(n)  Old KLE NV, Inc. f/k/a Ken Lehman Enterprises Inc., Case No. 17-10268

(o)  Old SF DE, Inc. f/k/a United Road Towing South Florida, Inc., Case No. 17-10269.

(p)  Old RR MN, Inc. f/k/a Rapid Recovery Incorporated, Case No. 17-10270.

(q)  Old UVMS DE, Inc. f/k/a UR Vehicle Management Solutions, Inc., Case No. 17-10277.

(collectively, the "Dismissed Debtors"), are dismissed effective as of June 30, 2017.

2.  Notwithstanding section 349 of the Bankruptcy Code, all orders of this Court entered in any of the above-captioned Chapter 11 Cases on or before the entry of this Order (including, but not limited to, the Sale Order[3]) shall remain in full force and effect (including, without limitation, any releases, injunctions and successor liability provisions provided for therein) and shall survive the dismissal of any of these Chapter 11 Cases.

---

[3] For purposes of this Order, the term "Sale Order" shall include not only the Sale Order as defined in the Motion, but also that certain *Supplemental Order (I) Approving Asset Purchase Agreement and Authorizing Sale of Certain Assets of Debtors' Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [D.I. 279] entered on April 27, 2017.

3. Effective immediately, the Debtors' retention of Young Conaway Stargatt & Taylor, LLP and Winston & Strawn LLP as bankruptcy counsel shall be terminated without the need for further action on the part of this Court, the Debtors or such firms.

4. Pursuant to sections 105(a) and 554 of the Bankruptcy Code and Bankruptcy Rule 6007, to the extent not previously authorized, the Dismissed Debtors are authorized, but not directed, to abandon and destroy, or cause to be abandoned and destroyed, any and all of the Books and Records belonging to the Dismissed Debtors.

5. As soon as reasonably practicable after the entry of this Order, without the need for further action on the part of this Court and without the need for further corporate action or action of the boards of directors or stockholders of the Dismissed Debtors, to the extent not previously dissolved, the Dismissed Debtors shall be dissolved pursuant to applicable state law, and the Dismissed Debtors shall not be required to pay any taxes or fees in order to cause such dissolution. Any officer of the Dismissed Debtors is authorized to execute and file on behalf of the Dismissed Debtors all documents necessary and proper to effectuate and consummate the dissolution of the Dismissed Debtors in accordance with the laws of the states in which they are formed.

6. The Dismissed Debtors are hereby authorized and empowered to take any and all steps necessary and appropriate to effectuate the terms of this Order.

7. To the extent applicable, Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure are waived and this Order shall be effective and enforceable immediately upon entry.

8.  Notwithstanding the dismissal of these Chapter 11 Cases, this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or relating to the implementation of this or any other Order of this Court entered in the Chapter 11 Cases.

Dated: June 30, 2017
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE